

**U.S. Department of Justice**

**ROBERT S. BREWER, JR.**
*United States Attorney*
*Southern District of California*

| | |
|---|---|
| *MICHELLE M. PETTIT* | *(619) 546-7972* |
| *Assistant U.S. Attorney* | *Fax (619) 546-0510* |
| Email: | michelle.pettit@usdoj.gov |

| | |
|---|---|
| *San Diego County Office* | *Imperial County Office* |
| *Federal Office Building* | *516 Industry Way* |
| *880 Front Street, Room 6293* | *Suite C* |
| *San Diego, California 92101-8893* | *Imperial County, California 92251-5782* |

## NOTICE TO APPEAR

RE: UNITED STATES OF AMERICA
     v.
    CAITLIN COLLEEN SCHLUSSLER
    (aka Caitlin Colleen Schlusser)

Magistrate Case No.: 20MJ4670
For Violation of 18 U.S.C. §§ 1343, 1349, and 2326

You are hereby notified that your case will be called for first appearance on November 5, 2020, at the hour of 2:00 p.m., in the United States Magistrate Court, United States Courthouse, 221 West Broadway, San Diego, California, 92101. You should report to the courtroom of the Duty Magistrate for that day. You are to be present in court at the time and date set forth above. If you are not present, a warrant may be issued for your arrest.

You may be charged with a criminal offense. The Court will appoint counsel to represent you and that counsel will provide you legal representation and consult with you to determine if you qualify for continued appointment of counsel. You have the right to hire an attorney, regardless of whether or not you qualify for appointed counsel. If you have any questions about attorney representation, you may contact Federal Defenders of San Diego, Inc. at (619) 234-8467.

Within 24 hours of receipt of this notice, please contact the U.S. Pretrial Services Office by calling (619) 557-5738. The U.S. Pretrial Services Office is located on the 6th floor of the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California 92101.

ROBERT S. BREWER, JR.
United States Attorney
s/ *Michelle M. Pettit*
MICHELLE M. PETTIT
Assistant United States Attorney

-----

I hereby acknowledge the fact that I must appear on the date above, and by affixing my signature, do promise to appear as ordered.

Signed: _____

Dated: _____

Presented by: *Laura Wetter* (Agent's Signature)

Laura Wetterer / FBI (Agent's Name/Agency)

10/27/20